IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW COOK,<br>Georgia Diagnostic and<br>Classification Prison<br>P.O. Box 3877<br>Jackson, GA 30233,<br><br>and<br><br>WARREN HILL,<br>Georgia Diagnostic and<br>Classification Prison<br>P.O. Box 3877<br>Jackson, GA 30233,<br><br>and<br><br>MARCUS WELLONS,<br>Georgia Diagnostic and<br>Classification Prison<br>P.O. Box 3877<br>Jackson, GA 30233,<br><br>Plaintiffs,<br><br>v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br>800 K Street NW, Suite 500<br>Washington, D.C. 20001<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530, | Civil Action No. 13-CV-00208 |

|  |  |
|---|---|
| and | ) |
|  | ) |
|  | ) |
| MICHELE M. LEONHART, | ) |
| Administrator, | ) |
| Drug Enforcement Administration, | ) |
| U.S. Department of Justice, | ) |
| 800 K Street NW, Suite 500 | ) |
| Washington, D.C. 20001 | ) |
|  | ) |
| and | ) |
|  | ) |
| ERIC H. HOLDER, JR., | ) |
| Attorney General of the United States, | ) |
| U.S. Department of Justice | ) |
| 950 Pennsylvania Avenue NW | ) |
| Washington, D.C. 20530 | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## ORDER
## DISMISSING WITHOUT PREJUDICE

The Court has reviewed the Plaintiffs' stipulation of dismissal, signed by all parties that have appeared, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismisses the action without prejudice.

IT IS SO ORDERED.

DATED: 4/2/13

_____
Richard J. Leon, Judge
United States District Judge